**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

IN THE MATTER OF:

                                            Chapter 11

Refco Public Commodity Pool, L.P., f/k/a S&P
Managed Futures Index Fund LP

                Debtor                      Case No. 14-11216 (BLS)

**STATEMENT THAT UNSECURED CREDITORS'**
**COMMITTEE HAS NOT BEEN APPOINTED**

**TO: THE CLERK OF THE BANKRUPTCY COURT**

As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

( X )  Debtor's petition/schedules reflect less than three unsecured creditors (excluding insiders and governmental agencies).

(   )  No unsecured creditor response to the United States Trustee communication/contact for service on the committee.

(   )  Insufficient response to the United States Trustee communication/contact for service on the committee.

(   )  No unsecured creditor interest

(   )  Non-operating debtor-in-possession - - No creditor interest.

(   )  Application to convert to Chapter 7 or to dismiss pending.

(   )  Converted or dismissed.

(   )  Other:

                                            **ROBERTA A. DeANGELIS**
                                            **UNITED STATES TRUSTEE**

                                            /s/   Jane Leamy
                                            T. PATRICK TINKER
                                            Assistant United States Trustee

DATED: May 16, 2014